■ KERI HOROWITZ, Respondent, v ETHAN CHEN, Appellant. [35 NYS3d 60]—

Order, Supreme Court, New York County (Robert D. Kalish, J.), entered November 24, 2015, which denied defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Plaintiff snowboarder was injured when, while standing at the base of a beginner ski slope and speaking with a friend, defendant struck her while skiing at approximately 20 to 30 kilometers per hour. Although there are inherent risks in the sports of skiing and snowboarding, "participants do not consent to conduct that is reckless, intentional or so negligent as to create an unreasonably increased risk" (*Pantalone v Talcott*, 52 AD3d 1148, 1149 [3d Dept 2008]).

Here, the record presents triable issues as to whether defendant had engaged in reckless conduct as he skied into a crowded area at the base of a beginner's slope, which was at or near a marked safety zone, and that he did so despite his awareness of his limited abilities to safely handle such speed under the snow surface conditions presented. Furthermore, in view of the significant injuries sustained by plaintiff, reasonable inferences may be drawn that she endured a violent collision, which raises an issue as to whether the speed at which defendant was skiing was reckless under the circumstances (*see Moore v Hoffman*, 114 AD3d 1265 [4th Dept 2014]). Concur—Sweeny, J.P., Acosta, Kapnick and Kahn, JJ. ■